# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRINIR (HADAS 1987) LTD., | ) |
| Plaintiff, | ) |
| vs. | ) 8:09CV227 |
| | ) ORDER TO SHOW CAUSE |
| CONAGRA PACKAGED FOODS COMPANY, INC., | ) |
| Defendant. | ) |

The records of the court show that on July 13, 2009, a letter (Filing No. 49) was sent to:

**Jessica Sara Boar**
**BINGHAM MCCUTCHEN, LLC**
**399 Park Avenue**
**New York, NY 10022**

from the Office of the Clerk directing that she register for admission to practice in this court, as required by NEGenR 1.7(d) or (f) and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"), as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

As of the close of business on September 21, 2009, she has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **October 2, 2009**, attorney Boar shall register for admission to practice in this court and register for the System or show cause by written affidavit why she cannot comply with the rules of the court.

DATED this 22nd day of September,

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge