IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PRINIR (HADAS 1987) LTD,** | ) | CASE NO. 8:09CV227 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING JOINT |
| | ) | MOTION FOR STAY |
| **CONAGRA FOODS PACKAGED** | ) | |
| **FOODS COMPANY, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** came before the Court for a R.16 planning conference. Counsel appeared telephonically. Progression of the case reviewed. The parties requested a ninety-day stay of the case to participate in mediation.

**IT IS ORDERED:**

1. This case is stayed until **July 14, 2011,** to permit the parties to participate in mediation.

2. During the period of stay, compliance with deadlines established by previous orders, responses to discovery, and other proceedings shall not be required.

3. By **July 21, 2011** or within five days following the completion of the parties' settlement meeting, Plaintiff's counsel shall **electronically file a status report** advising the progress of mediation.

4. The Clerk shall bring this file to the attention of the undersigned by **August 1, 2011**, at which time the Court will establish a new progression order, if needed.

DATED: April 14, 2011.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**