IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRINIR (HADAS 1987) LTD., | ) | Case No. 8:09cv227 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CONAGRA FOODS PACKAGED FOODS COMPANY, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Abner Zelman, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 22, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 22nd day of July 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge