IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| PRINIR (HADAS 1987) LTD., ) | CASE NO. 8:09CV00227 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CONAGRA FOODS PACKAGED FOODS ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 107), and the Court being fully advised in the premises,

IT IS ORDERED that the Plaintiff's Complaint and the Defendant's Counterclaim are hereby dismissed with prejudice, each party to pay its own costs and attorneys' fees.

DATED this 12th day of August, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Judge for
the District of Nebraska